[No. 74325-2-I.   Division One.   September 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. WENDELL LYNN SEPEDA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-01018-9, Samuel Chung, J., entered November 24, 2015. *Remanded with instructions* by unpublished per curiam opinion.